```
                                                              FILED
                                                        U.S. DISTRICT COURT
           IN THE UNITED STATES DISTRICT COURT          DISTRICT OF KANSAS
                  FOR THE DISTRICT OF KANSAS
                       (WICHITA DOCKET)                  '05 FEB -8  P 4:06
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | RALPH L. DELOACH |
| Plaintiff, ) | Criminal Action *By* _____ |
| ) | AT WICHITA, KS |
| v. ) | No. 05- *10027* -01- *WEB* |
| DANNY M. GRIFFIN, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 1, 2005, in the District of Kansas, the defendant,

**DANNY M. GRIFFIN,**

did knowingly, intentionally and unlawfully possessed with intent to distribute approximately two hundred (200) grams or more of a mixture or substance containing a detectable amount of cocaine base (crack-cocaine), a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_2/8/05_
DATE                                    FOREMAN OF THE GRAND JURY

*[signature]*

Eric F. Melgren
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 12430

(It is requested that trial be held in Wichita, Kansas.)

Returned in open court this 8th day of February, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE