IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-10027-01-WEB |
| ) | |
| DANNY M. GRIFFIN, ) | |
|       Defendant. ) | |
| _____) | |

## MOTION TO REDUCE SENTENCE

Danny M. Griffin asks this Court to reduce the sentence imposed in accord with the authority granted by 18 U.S.C. §3582(c) and the operative guideline manual, effective March 3, 2008, which has been deemed retroactive by the United States Sentencing Commission.

1. Danny M. Griffin was convicted by plea for an offense involving crack cocaine.[1] The defendant was sentenced to 235 months in prison on June 27, 2005. The sentencing guideline range was 262 to 327 months, based on Criminal History Category of VI and adjusted offense level of 34. The Court departed to 235 months based on criminal history category as over-representation.

2. That guideline range was predicated on U.S.S.G. §2D1.1 and the related drug quantity table in effect at the time.

---

[1] Judgment, Doc. #35.

3. The defendant is still incarcerated within the Federal Bureau of Prisons, and has a projected release date of June 16, 2022.[2]

4. Effective November 1, 2007, the crack cocaine quantity table has been amended. Crack cocaine offenses are now calibrated, generally, at two offense-levels lower than before.[3]

5. With the amended retroactive guideline, the adjusted offense level in this case is 32 and the amended sentencing range is 210 to 262 months in prison, assuming Criminal History Category VI.

6. The Court's original departure to 235 months still exceeds the amended guideline range of 210 months at the low end. The departure was the equivalent of an adjusted offense level of 34 and Criminal History Category V. With the amendment and a Criminal History Category of V, which the Court originally determined to be an accurate assessment of his criminal history, the amended range is an adjusted offense level of 32 at Criminal History Category V - 188 to 235 months.

7. 18 U.S.C. §3582(c)(2) provides, in part, that the Court has jurisdiction and authority to modify an imposed term of imprisonment "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 USC §994(o)[(u)], upon motion

---

[2] http://bop.gov/iloc2/LocateInmate.jsp

[3] *See* United States Sentencing Guidelines §2D1.1 (Nov. 1, 2007 ed).

of the defendant . . . ." The Court may reduce the term of imprisonment, after considering §3553(a) factors, consistent with the advisory USSC policy statements.

8. In turn, the Sentencing Commission has promulgated amendments to §1B1.10 policy statements that correlate with this statute and the crack cocaine guideline amendments, effectively making the reduction retroactive.

9. The defendant now asks the Court to impose a **188 month term of imprisonment**, with all other terms to remain the same.

10. The government does not oppose this request.

11. The United States Probation Office has been consulted in this matter and has no objection to the recalculation.

The defendant respectfully asks this Court to amend the sentence imposed, and impose a new sentence of **188 months,** the low end of the amended guideline.

Respectfully submitted,

S/Kirk Redmond   s/Melody Evans
KIRK C. REDMOND #18914
MELODY EVANS #17612
Assistant Federal Public Defenders
   For the District of Kansas
424 South Kansas Avenue, Room 205
Topeka, Kansas 66603-3439
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address:   kirk_redmond@fd.org
                  melody_evans@fd.org
Attorneys for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that on March 30, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

     United States Attorney's Office

and a copy was sent by first class mail this date to:

     Lanny Welch
     Assistant United States Attorney

     S/ Melody Evans
     Melody Evans