*Office of the*
# FEDERAL PUBLIC DEFENDER
DISTRICT OF KANSAS
United States Post Office
424 S. Kansas, Room 205
Topeka, KS 66603-3439
(785) 232-9828
FAX: (785) 232-9886

David J. Phillips
Federal Public Defender
Charles D. Dedmon
First Assistant Federal Public Defender
Kirk C. Redmond
Assistant Federal Public Defender

Marilyn M. Trubey
Assistant Federal Public Defender
Ronald E. Wurtz
Assistant Federal Public Defender
Melody Evans
Assistant Federal Public Defender

February 4, 2008

Honorable Kathryn H. Vratil
United States Courthouse
500 State Avenue
Kansas City KS 66101

    *RE: **United States v. Danny M. Griffin***
    **Case No. 05-10027-WEB**

Dear Judge Vratil:

    I was sentenced by Judge Brown on June 27, 2005 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced under the amended cocaine base guidelines which will be made retroactive on March 3, 2008.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    Cordially,

    *[signature]*
    Danny M. Griffin

Printed Name: Danny M. Griffin
Address: P.O. Box 5888
              Yazoo City, MS. 39194

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-10027-WEB |
| | ) | |
| DANNY M. GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO PROCEED IN FORMA PAUPERIS

I, Danny M. Griffin, the defendant in the above-entitled action, move to proceed *in forma pauperis* in the above-entitled action. I am unable to afford counsel or make full prepayment of fees, or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

*/s/ Danny M. Griffin*
DANNY M. GRIFFIN