✏AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Danny M. Griffin ) | Case No: 6:05CR10027-001 |
| ) | USM No: 19137-031 |
| Date of Previous Judgment: 06/27/2005 ) | Kirk Redmond & Melody Evans |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, `1B1.10(b) and 18 U.S.C. 3553(a),`

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __235__ months **is reduced to** __188 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   34                  Amended Offense Level:   32
Criminal History Category:   VI               Criminal History Category:   VI
Previous Guideline Range:  262 to 327 months  Amended Guideline Range:  210 to 262 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The sentence reflects a downward departure to the low end of the guideline range applicable to Total Offense Level 32 and Criminal History Category V. The Court departed from Criminal History Category VI to V when sentencing the defendant on June 27, 2005.

Except as provided above, all provisions of the judgment dated   06/27/2005   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   04/01/2009                                        s/ Wesley E. Brown
                                                                Judge's signature

Effective Date:                                                 Wesley E. Brown, Sr. U.S. District Judge
   (if different from order date)                               Printed name and title