UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No. 05-10027-01-WEB |
| | ) | |
| Danny M. Griffin | ) | USM No.19137-031 |
| | ) | |
| Date of Previous Judgment: 4/01/2008 | ) | <u>Kirk C. Redmond</u> |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. §3582(c)(2)**

Upon motion of the defendant, Danny M. Griffin, under 18 U.S.C. §3582 (c)(2) for a reduction in the term of imprisonment imposed base on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. §3553(a), to the extent that they are applicable,
IT IS ORDERED that the motion is
☐ Denied

X Granted and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 188 months is reduced to 168 months.

I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __32__              Amended Offense Level: __30__
Criminal History Category: __VI__           Criminal History Category: __VI__
Previous Guideline Range 210-262 months     Amended Guideline Range 168-210 months

II. SENTENCED RELATIVE TO AMENDED GUIDELINE RANGE
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of an agreed departure, and the reduced sentence reflects a comparable reduction.
☐ Other (explain):

III. ADDITIONAL COMMENTS

The prior sentence on the order filed Otober 19, 2011, was incorrectly stated as 210 months. This amended order reflects the correct prior sentence of 188 months.

Except as provided above, all provisions of the judgment dated <u>6/27/2005</u> shall remain in effect.

IT IS SO ORDERED.

Order Date: _October 27, 2011_____            _____
                                                   _s/ Wesley E. Brown_
Effective Date: November 1, 2011                  Honorable Wesley E. Brown
                                                   United States District Judge