Prob 12B (7/93)
(D/KS 06/15)

PACTS# 19846

# United States District Court
## for the
## District of Kansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Danny M. Griffin**           Case Number:  **1083 6:05CR10027-001**

Sentencing Judicial Officer:  Honorable Wesley E. Brown, Senior U.S. District Judge

Name of Re-assigned Judicial Officer:  Honorable J. Thomas Marten, Chief U.S. District Judge

Date of Original Sentence:  06/27/2005

Original Offense:   Narcotics - Sell - Distribute - Or Dispense

Original Sentence:  235 Months Prison, 60 Months Supervised Release

Type of Supervision:  TSR                                    Date Supervision Commenced:  01/15/2016

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of  years.
☒ To modify the conditions of supervision as follows:

**The defendant shall reside at a residential re-entry center program, in the community corrections component allowing for work release, for up to 180 days, at the direction of the U.S. Probation Officer.  The defendant shall comply with the policies and procedures of the residential re-entry center program including any requirement to wear an electronic monitoring device, which may include Global Position System and/or Random Tracking, and follow electronic monitoring procedures specified by the residential re-entry center program.**

## CAUSE

Since the last report to the Court, dated June 1, 2016, Mr. Griffin has submitted two additional positive urine samples which have tested positive for marijuana on June 14, 2016, and July 5, 2016.  Mr. Griffin signed admission of usage forms for both tests and he admitted to last consuming marijuana on July 4, 2016.  In addition, on June 28, 2016, Mr. Griffin was arrested by the Wichita Police Department in case numbers 16C44535 and 16C44574, charging him with Felony Theft, Criminal Discharge of a Firearm at an Occupied Vehicle, and Criminal Damage to Property.  These cases remain pending and Mr. Griffin has been release on bond.  As the Court may recall, Mr. Griffin was previously arrested on May 23, 2016, for a Domestic Violence charge which allegedly occurred in April 2016.  This case has been dismissed.

Prob 12B -2-
*Name of Offender: Danny M. Griffin*                                   *Case Number: 1083 6:05CR10027-001*

During Mr. Griffin's term of supervised release, he has struggled to maintain a consistent address. He is currently residing with a girlfriend who is married and the probation office has been contacted by the husband who has voiced concerns about his children. In consideration of Mr. Griffin's residential instability, continued substance abuse, and recent law enforcement contact, the probation office respectfully recommends the modification of Mr. Griffin's conditions to include placement at the residential re-entry center. Mr. Griffin has agreed to the modification of his conditions as noted above. Mr. Griffin believes that this modification will provide him with increased stability and allow him time to save money and develop a solid release plan. Mr. Griffin has had the opportunity to seek the advice of counsel, but declined. Mr. Griffin has signed a Waiver of Hearing to Modify Conditions form (Probation Form 49) and the signed waiver is attached for the Court's review. *If the Court concurs, this report shall document the Court's consideration and finding that the availability of appropriate substance abuse treatment programs and/or the offender's current or past participation in such programs, warrants an exception to the mandatory revocation as provided by United States Sentencing Commission guidelines from the rule of 18 U.S.C. § 3583(g) when considering any action against a defendant who fails a drug test.*

Respectfully submitted,

by

Approved:                                   Justin Hoffman
                                            Senior U.S. Probation Officer
                                            Date: 07/05/2016

Chris S. McNiel, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other:

s/ J. Thomas Marten
Signature of Judicial Officer

July 5, 2016
Date