Prob 12C (12/04)  
(D/KS 07/16)                                                                                      PACTS# 19846

# United States District Court
## for the
## District of Kansas

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Danny M. Griffin**                Case Number: **1083 6:05CR10027-001**

Sentencing Judicial Officer: Honorable Wesley E. Brown, Senior U.S. District Judge  
Reassigned Judicial Officer: Honorable J. Thomas Marten, Chief U.S. District Judge

Date of Original Sentence: 06/27/2005

Original Offense: Narcotics - Sell - Distribute - Or Dispense

Original Sentence: 235 Months Prison, 60 Months Supervised Release

Type of Supervision: TSR                                  Date Supervision Commenced: 01/15/2016  
Asst. U.S. Attorney: D. Blair Watson                  Defense Attorney: Mark Schoenhofer

### PETITIONING THE COURT

☒ To issue a warrant  
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| 1 | **Standard Condition #7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician."** |

On 05/23/2016, Mr. Griffin submitted a urine sample which tested positive for marijuana on a preliminary drug screen. Subsequently, he signed an Admission of Usage Form admitting to consuming marijuana on or about, 05/22/2016. On 06/14/2016, Mr. Griffin submitted a urine sample which tested positive for marijuana on a preliminary drug screen. Subsequently, he signed an Admission of Usage Form admitting to consuming marijuana on or about, 05/21/2016.  On July 5, 2016, Mr. Griffin submitted a urine sample which tested positive for marijuana on a preliminary drug screen. Subsequently, he signed an Admission of Usage Form admitting to consuming marijuana on or about, July 4, 2016.

*For the purposes of applying the provisions of 18 U.S.C. §§ 3565(b)(4) or 3583(g)(4) (mandatory revocation for submitting more than three (3) positive drug tests in a 12 month period),* **the defendant has submitted three (3) positive qualifying sample(s)**. *If the Court finds that the positive drug test(s)*

Prob 12C -2-
*Name of Offender: Danny M. Griffin*  *Case Number: 1083 6:05CR10027-001*

> *constitutes possession of a controlled substance the Court is required to revoke supervision and impose a sentence that includes a term of imprisonment. 18 U.S.C. §§ 3565(b), 3583(g). The Court shall also consider whether the availability of appropriate substance abuse programs, or the offender's current or past participation in such programs, warrants an exception from the requirement of mandatory revocation and imprisonment under 18 U.S.C. §§ 3565(b), 3583(g). 18 U.S.C. §§ 3563(a), 3583(d). U.S. v Hammonds, 370 F.3d 1032 (10th Cir. 2004).*

**2**   **Statutory Condition: "The defendant shall not commit another federal, state, or local crime."**

On June 28, 2016, Mr. Griffin was arrested by the Wichita Police Department in Case Numbers 16C44535 and 16C44574, charging him with Felony Theft, Criminal Discharge of a Firearm at an Occupied Vehicle, and Criminal Damage to Property. These cases remain pending and Mr. Griffin has been release on bond. Evidence in support of this violation includes an Affidavit signed by Wichita Police Department Detective Kenneth E Davis, Badge Number 1862.

**3**   **Special Condition: "The defendant shall reside at a residential re-entry center program, in the community corrections component allowing for work release, for up to 180 days, at the direction of the U.S. Probation Officer. The defendant shall comply with the policies and procedures of the residential re-entry center program including any requirement to wear an electronic monitoring device, which may include Global Position System and/or Random Tracking, and follow electronic monitoring procedures specified by the residential re-entry center program."**

The defendant agreed to modification of conditions to add the condition for residential re-entry center program and signed a Waiver of Hearing to Modify Conditions form (Probation Form 49). A placement date was scheduled for July 18, 2016. However, the date was modified due to risk issues shared with the Court and Mr. Griffin was directed to report to the Mirror, Inc. facility on July 8, 2016. Mr. Griffin failed to report as directed and his current whereabouts are unknown.

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

*If the Court concurs, this report shall document the Court's consideration and finding that the availability of appropriate substance abuse treatment programs and/or the offender's current or past participation in such programs, warrants an exception to the mandatory revocation as*

Prob 12C -3-
*Name of Offender: Danny M. Griffin*     *Case Number: 1083 6:05CR10027-001*

*provided by United States Sentencing Commission guidelines from the rule of 18 U.S.C. § 3583(g) when considering any action against a defendant who fails a drug test.*

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 07/13/2016

by *[signature]*

For Justin Hoffman
Senior U.S. Probation Officer

Approved:

*[signature]*
Chris S. McNiel, SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

s/ J. Thomas Marten

Signature of Judicial Officer

July 13, 2016

Date